IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| CHRISTOPHER BATCH, | ) | |
| | ) | |
| Plaintiff, | ) | 2:19-CV-01660-CRE |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN WALTON, et al. | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| CHRISTOPHER BATCH, | ) | |
| | ) | |
| Plaintiff, | ) | 2:19-CV-01046-CRE |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSEPH LAURICIA, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**HEARING MEMO/MINUTE ENTRY**

**Hearing Date:** April 27, 2022
**Time:** 3:00 p.m. – 3:20 p.m.
**Type of Conference:** Status Conference
**Reporter:** none
**Courtroom Deputy/Law Clerk:** CMG/AJS

**Counsel For Plaintiff(s)**          **Counsel For Defendant(s)**
Christopher Batch (Pro Se)            Scott Avolio
                                      Scott A. Bradley

**Orders, Remarks, Instructions**

1. The Motion to Dismiss suggestion of mootness (ECF No. 57) filed at 2:19-cv-01660-CRE will be granted as unopposed.

2. Parties to submit status report regarding mediation and financial arrangements once scheduled.

1

3. Plaintiff and Attorney Avolio shall arrange for Plaintiff to view the video contained on the DVD provided by Defendants.

4. Plaintiff shall provide Attorney Avolio with initial disclosures by **May 11, 2022**.